| No | IP Address | GUID | P2PClient | HitDateUTC |
|----|-----------|------|-----------|-----------|
| 1 | 184.56.36.130 | 2D5452323333302D7833376E74613664370367570 | Transmission 2.33 | 6/28/12 08:11:29 AM |
| 2 | 72.23.191.134 | 2D4243303133322EDEDB876CE3C022B33C09A3BBA | BitComet 1.32 | 6/26/12 09:02:14 PM |
| 3 | 107.9.176.11 | 2D555433313330D546ADBC43AE46CAB7BA427B1 | µTorrent 3.1.3 | 6/27/12 10:21:40 AM |
| 4 | 98.30.97.222 | 2D555433313330D2FF96A030D168856EBE3D2DE98 | µTorrent 3.1.3 | 6/27/12 02:46:30 AM |
| 5 | 108.81.217.32 | 2D555433313330D5681DF7D6A2124F2243F39 | µTorrent 3.1.3 | 6/28/12 02:24:51 AM |
| 6 | 75.187.165.208 | 4D362D342D02D02D2DAF460E661007CC302760D3541 | BitTorrent 6.4.0 | 6/25/12 09:52:11 PM |
| 7 | 69.221.146.22 | 2D555433313330D336BDF12433E2480291ACE7 | µTorrent 3.1.3 | 6/29/12 08:35:34 PM |
| 8 | 99.155.86.197 | 2D555433313330D336BDF12433E2480291ACE7 | µTorrent 3.1.3 | 6/29/12 11:30:59 PM |
| 9 | 69.221.145.199 | 2D555433313330D336BDF12433E2480291ACE7 | µTorrent 3.1.3 | 6/29/12 10:02:26 PM |
| 10 | 99.155.92.207 | 2D555433313330D476ABD8462B29E60EBBBE2E9 | µTorrent 3.1.3 | 6/29/12 06:46:34 PM |
| 11 | 76.190.226.216 | 2D555433313330D476ABD8462B29E60EBBBE2E9 | µTorrent 3.1.3 | 6/29/12 08:30:01 PM |
| 12 | 69.221.175.24 | 2D555433313330D546AB3EC7DC35802AF03CC23 | µTorrent 3.1.3 | 6/29/12 01:45:49 PM |
| 13 | 99.108.70.147 | 2D555433313330D336BDF12433E2480291ACE7 | µTorrent 3.1.3 | 6/29/12 06:50:10 PM |
| 14 | 69.221.144.5 | 2D555433313330D476ABD8462B29E60EBBBE2E9 | µTorrent 3.1.3 | 6/29/12 04:56:26 PM |
| 15 | 99.155.90.200 | 2D555433313330D336BDF12433E2480291ACE7 | µTorrent 3.1.3 | 6/29/12 11:01:24 PM |
| 16 | 69.221.169.79 | 2D555433313330D476ABD8462B29E60EBBBE2E9 | µTorrent 3.1.3 | 6/29/12 02:00:25 PM |
| 17 | 99.155.80.240 | 2D555433313330D336BDF12433E2480291ACE7 | µTorrent 3.1.3 | 6/29/12 07:32:56 PM |
| 18 | 69.221.173.166 | 2D555433313330D336BDF12433E2480291ACE7 | µTorrent 3.1.3 | 6/29/12 07:39:56 PM |
| 19 | 69.221.144.11 | 2D555433313330D476ABD8462B29E60EBBBE2E9 | µTorrent 3.1.3 | 6/29/12 06:51:49 PM |
| 20 | 99.155.89.18 | 2D555433313330D476ABD8462B29E60EBBBE2E9 | µTorrent 3.1.3 | 6/29/12 09:39:40 PM |
| 21 | 69.221.162.196 | 2D555433313330D336BDF12433E2480291ACE7 | µTorrent 3.1.3 | 6/29/12 10:13:38 PM |
| 22 | 69.221.163.184 | 2D555433313330D336BDF12433E2480291ACE7 | µTorrent 3.1.3 | 6/29/12 08:08:57 PM |
| 23 | 99.155.84.215 | 2D555433313330D476ABD8462B29E60EBBBE2E9 | µTorrent 3.1.3 | 6/29/12 07:09:24 PM |
| 24 | 99.108.69.182 | 2D555433313330D476ABD8462B29E60EBBBE2E9 | µTorrent 3.1.3 | 6/29/12 11:59:03 PM |
| 25 | 69.221.163.175 | 2D555433313330D336BDF12433E2480291ACE7 | µTorrent 3.1.3 | 6/29/12 03:00:02 PM |
| 26 | 69.221.147.238 | 2D555433313330D336BDF12433E2480291ACE7 | µTorrent 3.1.3 | 6/29/12 01:13:29 PM |
| 27 | 99.33.242.43 | 2D555433313330D476ABD8462B29E60EBBBE2E9 | µTorrent 3.1.3 | 6/29/12 04:52:16 PM |
| 28 | 99.155.84.196 | 2D555433313330D476ABD8462B29E60EBBBE2E9 | µTorrent 3.1.3 | 6/29/12 10:29:10 PM |
| 29 | 99.102.195.169 | 2D555433313330D476ABD8462B29E60EBBBE2E9 | µTorrent 3.1.3 | 6/29/12 07:53:52 PM |
| 30 | 108.87.36.232 | 2D555433313330D476ABD8462B29E60EBBBE2E9 | µTorrent 3.1.3 | 6/30/12 01:19:54 AM |
| 31 | 71.79.150.102 | 2D555433030302D69671F33163C6838A412045A | µTorrent 3.0.0 | 7/1/12 10:04:42 PM |
| 32 | 107.10.59.216 | 2D555433313330D2F069CCA1444A6EA10DC9DAEEE | µTorrent 3.1.3 | 7/1/12 10:48:46 PM |
| 33 | 64.246.118.89 | 4D372D062D12DD386B101BE0692740BF1338CF | BitTorrent 7.6.1 | 7/2/12 11:43:09 AM |
| 34 | 99.155.81.59 | 2D555433313330D476ABD8462B29E60EBBBE2E9 | µTorrent 3.1.3 | 7/3/12 12:35:28 PM |
| 35 | 99.155.80.215 | 2D555433313330D476A251EB7E84268F5E465F1 | µTorrent 3.1.3 | 7/3/12 05:33:34 PM |

Exhibit

B

| # | IP | Hash | Client | Timestamp |
|---|---|---|---|---|
| 36 | 99.65.170.16 | 4D372D362D312D2D486A694F33EB091D560B84E1 | BitTorrent 7.6.1 | 7/4/12 07:26:52 PM |
| 37 | 76.190.229.202 | 2D55543331333002D546AB3EC7DC358024F03CC23 | µTorrent 3.1.3 | 7/6/12 08:27:22 PM |
| 38 | 50.51.132.70 | 2D55543232305D525FFF5A94AE90572DAD1EFE | µTorrent 2.2.0 | 7/7/12 10:11:26 PM |
| 39 | 24.144.159.92 | 4D372D322D302D2D245CCEB27239D4427A660372 | BitTorrent 7.2.0 | 7/8/12 02:26:45 AM |
| 40 | 99.107.182.23 | 2D554D3136340302D776A3DD9A560C58DB653DA2f | µTorrent Mac 1.6.4 | 7/9/12 01:14:18 AM |
| 41 | 50.43.242.106 | 4D372D362D312D2D55A6A31C4B4CBBA40917EE438 | BitTorrent 7.6.1 | 7/9/12 06:07:11 PM |
| 42 | 66.61.108.142 | 4D372D362D312D2D556A9ECE910239644418416991 | BitTorrent 7.6.1 | 7/9/12 10:43:38 AM |
| 43 | 71.79.68.139 | 4D372D362D312D2D0896BE8208F11E7B57D4C8A5A | BitTorrent 7.6.1 | 7/10/12 09:11:21 PM |
| 44 | 216.137.130.87 | 2D55543331333002D546A0509C8A0C035CB3F9792F | µTorrent 3.1.3 | 7/11/12 04:11:03 AM |
| 45 | 66.61.40.60 | 4D372D362D312D2D896B8B1FC7CEAA312EFC57DEC | BitTorrent 7.6.1 | 7/11/12 07:25:58 PM |
| 46 | 72.240.90.20 | 2D55543331333002D6A6B62E9C612972GEA00808 | µTorrent 3.1.3 | 7/12/12 11:19:22 PM |
| 47 | 24.29.250.62 | 2D55543332303802D6B06B992A3C30C2B618D095F | µTorrent 3.2.0 | 7/14/12 10:43:05 PM |
| 48 | 204.210.192.134 | 2D415A3437303227D7575713583532777534636 | Vuze 4.7.0.2 | 7/14/12 04:02:59 PM |
| 49 | 216.201.9.215 | 4D372D362D302D2D8C6829697SD119EF712AB36E | BitTorrent 7.6.0 | 7/15/12 02:43:47 PM |
| 50 | 108.248.71.0 | 2D415A3437303227D7324A504A447172397A33 | Vuze 4.7.0.2 | 7/17/12 09:35:47 PM |
| 51 | 50.13.118.99 | 4D372D362D302D2D7C68845A63E1B386C89239F3 | BitTorrent 7.6.0 | 7/18/12 04:30:42 AM |
| 52 | 98.30.173.19 | 2D415A3437303220366I7A58356B3251644334C | Vuze 4.7.0.2 | 7/21/12 02:43:10 AM |
| 53 | 99.164.181.11 | 2D415A343731322D5045434735979496679993848 | Vuze 4.7.1.2 | 7/22/12 04:38:19 PM |
| 54 | 24.154.205.139 | 2D41SA3437303227D7416C6969496546643549962 | Vuze 4.7.0.2 | 7/23/12 09:52:29 PM |
| 55 | 24.154.167.184 | 4D372D322D312D32Z672F654F586710616I7EACD | BitTorrent 7.2.1 | 7/24/12 09:16:10 AM |
| 56 | 107.10.55.138 | 4D372D362D312D2D896BAE634C35521D9DBFAEB1 | BitTorrent 7.6.1 | 7/28/12 12:37:12 AM |
| 57 | 24.131.70.239 | 2D55543313330D6A6BE25B86CCE2465594CC02E | µTorrent 3.1.3 | 7/29/12 04:34:30 AM |
| 58 | 75.118.23.219 | 4D372D322D312D2D62D31631D56DF311FD- | BitTorrent 7.2.1 | 7/30/12 01:44:15 AM |
| 59 | 24.29.205.208 | 2D55543232303002DB06B774B02866E203B8850C9 | µTorrent 3.2.0 | 7/30/12 02:48:07 AM |
| 60 | 75.40.83.155 | 2D55543331333002D476A49105445C23755D126FA3 | µTorrent 3.1.3 | 7/30/12 07:21:11 AM |
| 61 | 174.100.39.32 | 2D55543331333002DF96ADAD32A8051BDF3C8A935 | µTorrent 3.1.3 | 8/2/12 02:14:19 AM |
| 62 | 98.103.41.34 | 2D55543331333002D476A6A575E3CEAF80F6AF2362 | µTorrent 3.1.3 | 8/3/12 08:28:29 PM |
| 63 | 107.9.185.253 | 2D4243031332D92D59D5C8921SFF822F204F98DAD | BitComet 1.29 | 8/4/12 02:59:25 AM |
| 64 | 98.30.6.199 | 2D55543232303002DF46B59AD67C02D0336CA041A | µTorrent 3.2.0 | 8/4/12 04:19:53 AM |
| 65 | 98.103.41.35 | 2D55543331333002D476AA575E3CEAF80F6AF2362 | µTorrent 3.1.3 | 8/4/12 01:07:23 AM |
| 66 | 72.241.125.116 | 2D415A3437303227D685369307161597159736261 | Vuze 4.7.0.2 | 8/5/12 01:35:07 PM |
| 67 | 50.43.131.244 | 2D55543313332D02D9568ED4A603FEE6AC520D1BB | µTorrent 3.1.2 | 8/5/12 06:11:58 AM |
| 68 | 72.241.213.141 | 2D55543332303029B68B9962015186FB66A8041 | µTorrent 3.2.0 | 8/7/12 03:41:01 AM |
| 69 | 65.25.13.212 | 2D55543330303002D53641433CE57AE1BBDD2716A | µTorrent 3.0.0 | 8/8/12 04:47:13 AM |
| 70 | 98.30.86.238 | 2D55543232303002DB06BCD52AAD6CED51E1321Df | µTorrent 3.2.0 | 8/9/12 01:33:38 PM |
| 71 | 24.154.166.218 | 4D372D322D312D2D586365EBC2FDBCAD20984A75f | BitTorrent 7.2.1 | 8/10/12 03:32:48 PM |

| # | IP | Hash | Client | Date/Time |
|---|---|---|---|---|
| 72 | 50.13.74.24 | 2D5554333230302D3C6C5ED5269BB5F7C0A5D162 | μTorrent 3.2.0 | 8/13/12 08:06:29 AM |
| 73 | 71.74.101.225 | 2D5554333133302D546A0D34F1986B3BC7ADA3B3 | μTorrent 3.1.3 | 8/13/12 05:27:36 AM |
| 74 | 99.46.19.42 | 2D5554333133302DF96AFBC5161A2ECC49C85AF1 | μTorrent 3.1.3 | 8/14/12 08:58:07 PM |
| 75 | 72.241.125.116 | 2D415A343731322D7454733656536B4E67635565 | Vuze 4.7.1.2 | 8/15/12 08:37:24 PM |
| 76 | 107.10.59.194 | 2D42A43031331312DFB2673D0DE7602029A8BFF80 | BitComet 1.31 | 8/16/12 06:48:07 PM |
| 77 | 108.225.6.62 | 2D5554333133302D4D6AE32E12D672993E811BDB | μTorrent 3.1.3 | 8/16/12 05:40:38 AM |
| 78 | 108.217.129.137 | 2D554D313033302DF95B37A0FEE84D8493A5F21 | μTorrent Mac1.0.3 | 8/18/12 01:50:58 AM |
| 79 | 72.241.175.66 | 2D5554333133302D546AADABB3C817C1AD79C45 | μTorrent 3.1.3 | 8/19/12 04:06:07 PM |
| 80 | 174.100.196.125 | 2D415A3437313226D696C366179657A4D48687830 | Vuze 4.7.1.2 | 8/19/12 03:29:36 PM |
| 81 | 70.194.5.245 | 2D42413333303020DB96BFBB00D3C90126CF10436 | -BA3300- | 8/21/12 05:01:42 AM |
| 82 | 24.52.84.142 | 2D545232313330302D756863736F78712 6D733372 | Transmission 2.13 | 8/23/12 10:01:00 PM |
| 83 | 98.28.71.128 | 2D42413333303020B996BDA3772C52C41E527AED2 | -BA3300- | 8/23/12 10:42:47 PM |
| 84 | 174.100.86.55 | 2D415A343730322D4B505266E68754F63446C4F7A | Vuze 4.7.0.2 | 8/26/12 10:57:14 PM |
| 85 | 98.30.209.64 | 4D372D372D302D02D20F6C73378D7FCC639A04A8AE | BitTorrent 7.7.0 | 8/26/12 09:37:53 PM |
| 86 | 65.25.31.30 | 2D5554333133302D336B82DB6EC1BDB527A1003 | μTorrent 3.1.3 | 8/27/12 10:47:07 AM |
| 87 | 98.27.146.163 | 2D5554333230302DB00B8A427A3E011C6025FD97C | μTorrent 3.2.0 | 8/27/12 12:57:51 PM |
| 88 | 99.108.68.62 | 2D4D52353030302D426B6B4258696976 1597553 | Miro 5.0.0.0 | 8/28/12 02:28:53 PM |
| 89 | 98.30.133.77 | 2D5554333133302DD5686B24551EB3B782B26758 | μTorrent 3.1.3 | 8/28/12 07:26:55 AM |
| 90 | 98.27.180.211 | 4D372D362D312D2D556A4F53B86C07AFDA0EB1DA1 | BitTorrent 7.6.1 | 8/29/12 12:44:34 AM |
| 91 | 98.219.146.2 | 2D5554333133302DF96ACC8C2F118616EFFD0E567 | μTorrent 3.1.3 | 8/30/12 09:58:06 PM |
| 92 | 98.28.71.128 | 4D372D362D312D2D896B807DB7B0CA1D05F53B | BitTorrent 7.6.1 | 8/30/12 04:12:26 PM |
| 93 | 50.43.134.178 | 4D372D362D312D2D0896B930E85F40483A6E2D135 | BitTorrent 7.6.1 | 8/31/12 03:57:37 AM |
| 94 | 64.246.118.89 | 2D714232937302D646A50553848626744495A72 | qBittorrent 2.9.7 | 9/1/12 08:53:06 PM |
| 95 | 76.189.63.0 | 2D5554333133302DF96AD57F3010709835C14E30 | μTorrent 3.1.3 | 9/1/12 02:23:23 PM |
| 96 | 75.187.145.150 | 2D5452324232202D70E7163666996C7361396B | Transmission 2.42 | 9/2/12 11:12:14 PM |
| 97 | 75.179.4.8 | 2D5554333133302D476A1BA3945B3E4F806F14B1 | μTorrent 3.1.3 | 9/2/12 11:11:29 AM |
| 98 | 184.56.147.255 | 4D372D362D312D2D556A91756FA44FB206A38E91 | BitTorrent 7.6.1 | 9/3/12 06:09:06 PM |
| 99 | 174.100.78.51 | 2D5554333133302D476AA8E2E35191F9FCAECFBF | μTorrent 3.1.3 | 9/3/12 03:02:31 AM |
| 100 | 184.56.157.79 | 4D372D362D312D2D486A3CDF2DEAD9C65FEB1DA | BitTorrent 7.6.1 | 9/4/12 08:43:01 PM |
| 101 | 75.187.163.217 | 2D5554333133302D6A6BA3C4D5299745D5F8DF8 | μTorrent 3.1.3 | 9/5/12 04:26:52 PM |
| 102 | 75.187.135.82 | 2D415A34373132 2D6761671C7A666F4F454C51364631 | Vuze 4.7.1.2 | 9/5/12 06:15:08 PM |
| 103 | 173.188.61.137 | 2D5452323432202D17579656D336C6663776A64 | Transmission 2.42 | 9/5/12 07:52:37 PM |
| 104 | 96.11.98.185 | 2D5554333230302DB16C9D1690279C14C6B873404 | μTorrent 3.2.0 | 9/6/12 07:52:37 PM |
| 105 | 99.101.27.173 | 2D5554333133302D6A66646648729 9E94C27D6D555 | μTorrent 3.1.3 | 9/8/12 10:38:08 AM |
| 106 | 67.163.150.183 | 2D5554333133302D546A6E8EA0B6518519D77E8D0 | μTorrent 3.1.3 | 9/8/12 05:45:04 AM |
| 107 | 72.241.176.64 | 2D5554333230302D3C6CCD204FA6665A955AE3B54 | μTorrent 3.2.0 | 9/10/12 01:31:33 PM |

| # | IP | Hash | Client | Date/Time |
|---|----|----|----|----|
| 108 | 108.90.188.16 | 2D415A3435303042D456D6E74524552646E6E6E7757 | Vuze 4.5.0.4 | 9/11/12 09:00:45 AM |
| 109 | 75.187.174.244 | 2D554333133302D476A219168D790E75A28295D | µTorrent 3.1.3 | 9/11/12 02:28:30 PM |
| 110 | 24.93.102.132 | 2D415A343730322D69537343663570423132774C | Vuze 4.7.0.2 | 9/12/12 03:47:29 AM |
| 111 | 66.61.19.188 | 2D5543313133302DBF6A1E7C336B379BFDD9EF40 | µTorrent 3.1.3 | 9/12/12 07:09:20 PM |
| 112 | 76.189.87.3 | 2D5543313133302D4D6AF6CF5C359005E227BEBE | µTorrent 3.1.3 | 9/12/12 03:39:49 PM |
| 113 | 98.28.93.139 | 2D5543313133302D3C6C5C15A450C929940786F | µTorrent 3.2.0 | 9/15/12 07:20:57 PM |
| 114 | 99.155.87.170 | 2D5543323033302DC04C64759504977CCDC79B | µTorrent 2.0.2 | 9/19/12 11:46:20 AM |
| 115 | 99.108.71.131 | 2D5543323033302DC04C64759504977CCDC79B | µTorrent 2.0.2 | 9/19/12 02:14:12 PM |
| 116 | 99.155.93.93 | 2D5543323033302DC04C64759504977CCDC79B | µTorrent 2.0.2 | 9/19/12 02:24:40 PM |
| 117 | 99.155.83.16 | 2D5543323033302DC04C64759504977CCDC79B | µTorrent 2.0.2 | 9/19/12 01:26:05 PM |
| 118 | 99.102.193.119 | 2D5543323033302DC04C64759504977CCDC79B | µTorrent 2.0.2 | 9/19/12 09:27:16 AM |
| 119 | 99.76.231.27 | 2D5543323033302DC04C64759504977CCDC79B | µTorrent 2.0.2 | 9/19/12 10:09:35 AM |
| 120 | 99.108.70.47 | 2D5543323033302DC04C64759504977CCDC79B | µTorrent 2.0.2 | 9/19/12 11:17:27 AM |
| 121 | 99.102.193.116 | 2D5543323033302DC04C64759504977CCDC79B | µTorrent 2.0.2 | 9/19/12 03:26:36 PM |
| 122 | 99.155.85.181 | 2D5543323033302DC04C64759504977CCDC79B | µTorrent 2.0.2 | 9/19/12 12:18:15 PM |
| 123 | 108.76.230.79 | 2D5543323033302DC04C64759504977CCDC79B | µTorrent 2.0.2 | 9/19/12 08:13:25 AM |
| 124 | 99.102.192.249 | 2D5543323033302DC04C64759504977CCDC79B | µTorrent 2.0.2 | 9/19/12 08:02:11 AM |
| 125 | 99.155.84.93 | 2D5543323033302DC04C64759504977CCDC79B | µTorrent 2.0.2 | 9/19/12 03:14:23 PM |
| 126 | 99.108.70.116 | 2D5543323033302DC04C64759504977CCDC79B | µTorrent 2.0.2 | 9/19/12 11:12:59 AM |
| 127 | 99.155.87.213 | 2D5543323033302DC04C64759504977CCDC79B | µTorrent 2.0.2 | 9/19/12 10:15:58 AM |
| 128 | 99.155.80.195 | 2D5543323033302DC04C64759504977CCDC79B | µTorrent 2.0.2 | 9/19/12 12:59:34 PM |
| 129 | 99.155.84.202 | 2D5543323033302DC04C64759504977CCDC79B | µTorrent 2.0.2 | 9/19/12 08:39:01 AM |
| 130 | 99.155.87.182 | 2D5543323033302DC04C64759504977CCDC79B | µTorrent 2.0.2 | 9/19/12 10:38:31 AM |
| 131 | 108.87.39.208 | 2D5543323033302DC04C64759504977CCDC79B | µTorrent 2.0.2 | 9/19/12 10:33:54 AM |
| 132 | 99.155.80.156 | 2D5543323033302DC04C64759504977CCDC79B | µTorrent 2.0.2 | 9/19/12 09:47:36 AM |
| 133 | 72.240.255.99 | 2D5543313133302D47A0ED2D77551EC2EF436A2 | µTorrent 3.1.3 | 9/20/12 10:46:21 AM |
| 134 | 24.101.65.183 | 2D5543323033302DEEC2F1CD9185A4B6C0DC1C85 | µTorrent 3.2.0 | 9/22/12 03:56:36 PM |
| 135 | 108.203.20.35 | 2D5543313133302D6A6B22CCB6256C503F5F00F2 | µTorrent 3.1.3 | 9/23/12 03:08:28 AM |
| 136 | 70.191.119.215 | 4D37D362D312D2D556A4F20A49366C10101013AE4 | BitTorrent 7.6.1 | 9/23/12 04:05:33 PM |
| 137 | 184.57.110.43 | 2D5543203130322D8864A0C28A3747FEE48D5F38 | µTorrent 2.0.1 | 9/23/12 01:35:57 AM |
| 138 | 75.185.136.205 | 4D37D372D7D202D2D6DBF81DE438DD3D28DE1F | BitTorrent 7.7.0 | 9/23/12 12:10:32 AM |
| 139 | 99.109.49.236 | 2D5543313133302D6A6B22CCB6256C503F5F00F2 | µTorrent 3.1.3 | 9/23/12 03:43:02 AM |
| 140 | 108.248.70.94 | 2D54523235313D2D6C306934666637531356367 | Transmission 2.51 | 9/23/12 05:09:07 AM |
| 141 | 65.17.160.87 | 2D5543313133302D476A1407F21B588977E881F | µTorrent 3.1.3 | 9/23/12 04:10:19 AM |

| DossierNumber | Title | RightsOwner | FileName |
|---|---|---|---|
| S0054-000003606 | The Divide | R & D Film 1 | The.Divide.2011.LIMITED.DVDRip.XviD-SPARKS |
| S0054-000003664 | The Divide | R & D Film 1 | The.Divide.2011.LIMITED.DVDRip.XviD-SPARKS |
| S0054-000003640 | The Divide | R & D Film 1 | The.Divide.2011.LIMITED.DVDRip.XviD-SPARKS |
| S0054-000003652 | The Divide | R & D Film 1 | The.Divide.2011.LIMITED.DVDRip.XviD-SPARKS |
| S0054-000003620 | The Divide | R & D Film 1 | The.Divide.2011.LIMITED.DVDRip.XviD-SPARKS |
| S0054-000003688 | The Divide | R & D Film 1 | The.Divide.2011.LIMITED.DVDRip.XviD-SPARKS |
| S0054-000004196 | The Divide | R & D Film 1 | The.Divide.2011.LIMITED.DVDRip.XviD-SPARKS |
| S0054-000004184 | The Divide | R & D Film 1 | The.Divide.2011.LIMITED.DVDRip.XviD-SPARKS |
| S0054-000004192 | The Divide | R & D Film 1 | The.Divide.2011.LIMITED.DVDRip.XviD-SPARKS |
| S0054-000004212 | The Divide | R & D Film 1 | The.Divide.2011.LIMITED.DVDRip.XviD-SPARKS |
| S0054-000004198 | The Divide | R & D Film 1 | The.Divide.2011.LIMITED.DVDRip.XviD-SPARKS |
| S0054-000004224 | The Divide | R & D Film 1 | The.Divide.2011.LIMITED.DVDRip.XviD-SPARKS |
| S0054-000004208 | The Divide | R & D Film 1 | The.Divide.2011.LIMITED.DVDRip.XviD-SPARKS |
| S0054-000004216 | The Divide | R & D Film 1 | The.Divide.2011.LIMITED.DVDRip.XviD-SPARKS |
| S0054-000004186 | The Divide | R & D Film 1 | The.Divide.2011.LIMITED.DVDRip.XviD-SPARKS |
| S0054-000004222 | The Divide | R & D Film 1 | The.Divide.2011.LIMITED.DVDRip.XviD-SPARKS |
| S0054-000004204 | The Divide | R & D Film 1 | The.Divide.2011.LIMITED.DVDRip.XviD-SPARKS |
| S0054-000004214 | The Divide | R & D Film 1 | The.Divide.2011.LIMITED.DVDRip.XviD-SPARKS |
| S0054-000004210 | The Divide | R & D Film 1 | The.Divide.2011.LIMITED.DVDRip.XviD-SPARKS |
| S0054-000004194 | The Divide | R & D Film 1 | The.Divide.2011.LIMITED.DVDRip.XviD-SPARKS |
| S0054-000004190 | The Divide | R & D Film 1 | The.Divide.2011.LIMITED.DVDRip.XviD-SPARKS |
| S0054-000004200 | The Divide | R & D Film 1 | The.Divide.2011.LIMITED.DVDRip.XviD-SPARKS |
| S0054-000004206 | The Divide | R & D Film 1 | The.Divide.2011.LIMITED.DVDRip.XviD-SPARKS |
| S0054-000004182 | The Divide | R & D Film 1 | The.Divide.2011.LIMITED.DVDRip.XviD-SPARKS |
| S0054-000004220 | The Divide | R & D Film 1 | The.Divide.2011.LIMITED.DVDRip.XviD-SPARKS |
| S0054-000004226 | The Divide | R & D Film 1 | The.Divide.2011.LIMITED.DVDRip.XviD-SPARKS |
| S0054-000004218 | The Divide | R & D Film 1 | The.Divide.2011.LIMITED.DVDRip.XviD-SPARKS |
| S0054-000004188 | The Divide | R & D Film 1 | The.Divide.2011.LIMITED.DVDRip.XviD-SPARKS |
| S0054-000004202 | The Divide | R & D Film 1 | The.Divide.2011.LIMITED.DVDRip.XviD-SPARKS |
| S0054-000004178 | The Divide | R & D Film 1 | The.Divide.2011.LIMITED.DVDRip.XviD-SPARKS |
| S0054-000004138 | The Divide | R & D Film 1 | The.Divide.2011.LIMITED.DVDRip.XviD-SPARKS |
| S0054-000004134 | The Divide | R & D Film 1 | The.Divide.2011.LIMITED.DVDRip.XviD-SPARKS |
| S0054-000004116 | The Divide | R & D Film 1 | The.Divide.2011.LIMITED.DVDRip.XviD-SPARKS |
| S0054-000004226 | The Divide | R & D Film 1 | The.Divide.2011.LIMITED.DVDRip.XviD-SPARKS |
| S0054-000004088 | The Divide | R & D Film 1 | The.Divide.2011.LIMITED.DVDRip.XviD-SPARKS |
| S0054-000004086 | The Divide | R & D Film 1 | The.Divide.2011.LIMITED.DVDRip.XviD-SPARKS |

| | | |
|---|---|---|
| S0054-0000004058 | The Divide R & D Film 1 | The.Divide.2011.LIMITED.DVDRip.XviD-SPARKS |
| S0054-0000004010 | The Divide R & D Film 1 | The.Divide.2011.LIMITED.DVDRip.XviD-SPARKS |
| S0054-000003974 | The Divide R & D Film 1 | The.Divide.2011.LIMITED.DVDRip.XviD-SPARKS |
| S0054-0000003968 | The Divide R & D Film 1 | The.Divide.2011.LIMITED.DVDRip.XviD-SPARKS |
| S0054-0000003938 | The Divide R & D Film 1 | The.Divide.2011.LIMITED.DVDRip.XviD-SPARKS |
| S0054-0000003924 | The Divide R & D Film 1 | The.Divide.2011.LIMITED.DVDRip.XviD-SPARKS |
| S0054-0000003920 | The Divide R & D Film 1 | The.Divide.2011.LIMITED.DVDRip.XviD-SPARKS |
| S0054-0000003866 | The Divide R & D Film 1 | The.Divide.2011.LIMITED.DVDRip.XviD-SPARKS |
| S0054-0000003838 | The Divide R & D Film 1 | The.Divide.2011.LIMITED.DVDRip.XviD-SPARKS |
| S0054-0000004470 | The Divide R & D Film 1 | The.Divide.2011.LIMITED.DVDRip.XviD-SPARKS |
| S0054-0000004442 | The Divide R & D Film 1 | The.Divide.2011.LIMITED.DVDRip.XviD-SPARKS |
| S0054-0000004418 | The Divide R & D Film 1 | The.Divide.2011.LIMITED.DVDRip.XviD-SPARKS |
| S0054-0000004426 | The Divide R & D Film 1 | The.Divide.2011.LIMITED.DVDRip.XviD-SPARKS |
| S0054-0000004404 | The Divide R & D Film 1 | The.Divide.2011.LIMITED.DVDRip.XviD-SPARKS |
| S0054-0000004368 | The Divide R & D Film 1 | The.Divide.2011.LIMITED.DVDRip.XviD-SPARKS |
| S0054-0000004360 | The Divide R & D Film 1 | The.Divide.2011.LIMITED.DVDRip.XviD-SPARKS |
| S0054-0000004298 | The Divide R & D Film 1 | The.Divide.2011.LIMITED.DVDRip.XviD-SPARKS |
| S0054-0000004278 | The Divide R & D Film 1 | The.Divide.2011.LIMITED.DVDRip.XviD-SPARKS |
| S0054-0000004258 | The Divide R & D Film 1 | The.Divide.2011.LIMITED.DVDRip.XviD-SPARKS |
| S0054-0000004242 | The Divide R & D Film 1 | The.Divide.2011.LIMITED.DVDRip.XviD-SPARKS |
| S0054-0000004674 | The Divide R & D Film 1 | The.Divide.2011.LIMITED.DVDRip.XviD-SPARKS |
| S0054-0000004648 | The Divide R & D Film 1 | The.Divide.2011.LIMITED.DVDRip.XviD-SPARKS |
| S0054-0000004626 | The Divide R & D Film 1 | The.Divide.2011.LIMITED.DVDRip.XviD-SPARKS |
| S0054-0000004624 | The Divide R & D Film 1 | The.Divide.2011.LIMITED.DVDRip.XviD-SPARKS |
| S0054-0000004622 | The Divide R & D Film 1 | The.Divide.2011.LIMITED.DVDRip.XviD-SPARKS |
| S0054-0000004566 | The Divide R & D Film 1 | The.Divide.2011.LIMITED.DVDRip.XviD-SPARKS |
| S0054-0000004538 | The Divide R & D Film 1 | The.Divide.2011.LIMITED.DVDRip.XviD-SPARKS |
| S0054-0000004528 | The Divide R & D Film 1 | The.Divide.2011.LIMITED.DVDRip.XviD-SPARKS |
| S0054-0000004526 | The Divide R & D Film 1 | The.Divide.2011.LIMITED.DVDRip.XviD-SPARKS |
| S0054-0000004536 | The Divide R & D Film 1 | The.Divide.2011.LIMITED.DVDRip.XviD-SPARKS |
| S0054-0000004496 | The Divide R & D Film 1 | The.Divide.2011.LIMITED.DVDRip.XviD-SPARKS |
| S0054-0000004506 | The Divide R & D Film 1 | The.Divide.2011.LIMITED.DVDRip.XviD-SPARKS |
| S0054-0000004912 | The Divide R & D Film 1 | The.Divide.2011.LIMITED.DVDRip.XviD-SPARKS |
| S0054-0000004904 | The Divide R & D Film 1 | The.Divide.2011.LIMITED.DVDRip.XviD-SPARKS |
| S0054-0000004886 | The Divide R & D Film 1 | The.Divide.2011.LIMITED.DVDRip.XviD-SPARKS |
| S0054-0000004870 | The Divide R & D Film 1 | The.Divide.2011.LIMITED.DVDRip.XviD-SPARKS |

| | | |
|---|---|---|
| S0054-0000004826 | The Divide R & D Film 1 | The.Divide.2011.LIMITED.DVDRip.XviD-SPARKS |
| S0054-0000004828 | The Divide R & D Film 1 | The.Divide.2011.LIMITED.DVDRip.XviD-SPARKS |
| S0054-0000004812 | The Divide R & D Film 1 | The.Divide.2011.LIMITED.DVDRip.XviD-SPARKS |
| S0054-0000004780 | The Divide R & D Film 1 | The.Divide.2011.LIMITED.DVDRip.XviD-SPARKS |
| S0054-0000004772 | The Divide R & D Film 1 | The.Divide.2011.LIMITED.DVDRip.XviD-SPARKS |
| S0054-0000004776 | The Divide R & D Film 1 | The.Divide.2011.LIMITED.DVDRip.XviD-SPARKS |
| S0054-0000004742 | The Divide R & D Film 1 | The.Divide.2011.LIMITED.DVDRip.XviD-SPARKS |
| S0054-0000005092 | The Divide R & D Film 1 | The.Divide.2011.LIMITED.DVDRip.XviD-SPARKS |
| S0054-0000005094 | The Divide R & D Film 1 | The.Divide.2011.LIMITED.DVDRip.XviD-SPARKS |
| S0054-0000005066 | The Divide R & D Film 1 | The.Divide.2011.LIMITED.DVDRip.XviD-SPARKS |
| S0054-0000005046 | The Divide R & D Film 1 | The.Divide.2011.LIMITED.DVDRip.XviD-SPARKS |
| S0054-0000005044 | The Divide R & D Film 1 | The.Divide.2011.LIMITED.DVDRip.XviD-SPARKS |
| S0054-0000005018 | The Divide R & D Film 1 | The.Divide.2011.LIMITED.DVDRip.XviD-SPARKS |
| S0054-0000005020 | The Divide R & D Film 1 | The.Divide.2011.LIMITED.DVDRip.XviD-SPARKS |
| S0054-0000005008 | The Divide R & D Film 1 | The.Divide.2011.LIMITED.DVDRip.XviD-SPARKS |
| S0054-0000005006 | The Divide R & D Film 1 | The.Divide.2011.LIMITED.DVDRip.XviD-SPARKS |
| S0054-0000004990 | The Divide R & D Film 1 | The.Divide.2011.LIMITED.DVDRip.XviD-SPARKS |
| S0054-0000004992 | The Divide R & D Film 1 | The.Divide.2011.LIMITED.DVDRip.XviD-SPARKS |
| S0054-0000004974 | The Divide R & D Film 1 | The.Divide.2011.LIMITED.DVDRip.XviD-SPARKS |
| S0054-0000004934 | The Divide R & D Film 1 | The.Divide.2011.LIMITED.DVDRip.XviD-SPARKS |
| S0054-0000004948 | The Divide R & D Film 1 | The.Divide.2011.LIMITED.DVDRip.XviD-SPARKS |
| S0054-0000005288 | The Divide R & D Film 1 | The.Divide.2011.LIMITED.DVDRip.XviD-SPARKS |
| S0054-0000005270 | The Divide R & D Film 1 | The.Divide.2011.LIMITED.DVDRip.XviD-SPARKS |
| S0054-0000005280 | The Divide R & D Film 1 | The.Divide.2011.LIMITED.DVDRip.XviD-SPARKS |
| S0054-0000005252 | The Divide R & D Film 1 | The.Divide.2011.LIMITED.DVDRip.XviD-SPARKS |
| S0054-0000005246 | The Divide R & D Film 1 | The.Divide.2011.LIMITED.DVDRip.XviD-SPARKS |
| S0054-0000005236 | The Divide R & D Film 1 | The.Divide.2011.LIMITED.DVDRip.XviD-SPARKS |
| S0054-0000005244 | The Divide R & D Film 1 | The.Divide.2011.LIMITED.DVDRip.XviD-SPARKS |
| S0054-0000005234 | The Divide R & D Film 1 | The.Divide.2011.LIMITED.DVDRip.XviD-SPARKS |
| S0054-0000005218 | The Divide R & D Film 1 | The.Divide.2011.LIMITED.DVDRip.XviD-SPARKS |
| S0054-0000005220 | The Divide R & D Film 1 | The.Divide.2011.LIMITED.DVDRip.XviD-SPARKS |
| S0054-0000005202 | The Divide R & D Film 1 | The.Divide.2011.LIMITED.DVDRip.XviD-SPARKS |
| S0054-0000005178 | The Divide R & D Film 1 | The.Divide.2011.LIMITED.DVDRip.XviD-SPARKS |
| S0054-0000005186 | The Divide R & D Film 1 | The.Divide.2011.LIMITED.DVDRip.XviD-SPARKS |
| S0054-0000005174 | The Divide R & D Film 1 | The.Divide.2011.LIMITED.DVDRip.XviD-SPARKS |
| S0054-0000005154 | The Divide R & D Film 1 | The.Divide.2011.LIMITED.DVDRip.XviD-SPARKS |

| | | | |
|---|---|---|---|
| S0054-0000005144 | The Divide | R & D Film 1 | The.Divide.2011.LIMITED.DVDRip.XviD-SPARKS |
| S0054-0000005142 | The Divide | R & D Film 1 | The.Divide.2011.LIMITED.DVDRip.XviD-SPARKS |
| S0054-0000005130 | The Divide | R & D Film 1 | The.Divide.2011.LIMITED.DVDRip.XviD-SPARKS |
| S0054-0000005118 | The Divide | R & D Film 1 | The.Divide.2011.LIMITED.DVDRip.XviD-SPARKS |
| S0054-0000005122 | The Divide | R & D Film 1 | The.Divide.2011.LIMITED.DVDRip.XviD-SPARKS |
| S0054-0000005434 | The Divide | R & D Film 1 | The.Divide.2011.LIMITED.DVDRip.XviD-SPARKS |
| S0054-0000005376 | The Divide | R & D Film 1 | The.Divide.2011.LIMITED.DVDRip.XviD-SPARKS |
| S0054-0000005366 | The Divide | R & D Film 1 | The.Divide.2011.LIMITED.DVDRip.XviD-SPARKS |
| S0054-0000005364 | The Divide | R & D Film 1 | The.Divide.2011.LIMITED.DVDRip.XviD-SPARKS |
| S0054-0000005368 | The Divide | R & D Film 1 | The.Divide.2011.LIMITED.DVDRip.XviD-SPARKS |
| S0054-0000005392 | The Divide | R & D Film 1 | The.Divide.2011.LIMITED.DVDRip.XviD-SPARKS |
| S0054-0000005388 | The Divide | R & D Film 1 | The.Divide.2011.LIMITED.DVDRip.XviD-SPARKS |
| S0054-0000005378 | The Divide | R & D Film 1 | The.Divide.2011.LIMITED.DVDRip.XviD-SPARKS |
| S0054-0000005360 | The Divide | R & D Film 1 | The.Divide.2011.LIMITED.DVDRip.XviD-SPARKS |
| S0054-0000005374 | The Divide | R & D Film 1 | The.Divide.2011.LIMITED.DVDRip.XviD-SPARKS |
| S0054-0000005396 | The Divide | R & D Film 1 | The.Divide.2011.LIMITED.DVDRip.XviD-SPARKS |
| S0054-0000005398 | The Divide | R & D Film 1 | The.Divide.2011.LIMITED.DVDRip.XviD-SPARKS |
| S0054-0000005362 | The Divide | R & D Film 1 | The.Divide.2011.LIMITED.DVDRip.XviD-SPARKS |
| S0054-0000005380 | The Divide | R & D Film 1 | The.Divide.2011.LIMITED.DVDRip.XviD-SPARKS |
| S0054-0000005386 | The Divide | R & D Film 1 | The.Divide.2011.LIMITED.DVDRip.XviD-SPARKS |
| S0054-0000005370 | The Divide | R & D Film 1 | The.Divide.2011.LIMITED.DVDRip.XviD-SPARKS |
| S0054-0000005394 | The Divide | R & D Film 1 | The.Divide.2011.LIMITED.DVDRip.XviD-SPARKS |
| S0054-0000005382 | The Divide | R & D Film 1 | The.Divide.2011.LIMITED.DVDRip.XviD-SPARKS |
| S0054-0000005384 | The Divide | R & D Film 1 | The.Divide.2011.LIMITED.DVDRip.XviD-SPARKS |
| S0054-0000005390 | The Divide | R & D Film 1 | The.Divide.2011.LIMITED.DVDRip.XviD-SPARKS |
| S0054-0000005350 | The Divide | R & D Film 1 | The.Divide.2011.LIMITED.DVDRip.XviD-SPARKS |
| S0054-0000005328 | The Divide | R & D Film 1 | The.Divide.2011.LIMITED.DVDRip.XviD-SPARKS |
| S0054-0000005300 | The Divide | R & D Film 1 | The.Divide.2011.LIMITED.DVDRip.XviD-SPARKS |
| S0054-0000005312 | The Divide | R & D Film 1 | The.Divide.2011.LIMITED.DVDRip.XviD-SPARKS |
| S0054-0000005474 | The Divide | R & D Film 1 | The.Divide.2011.LIMITED.DVDRip.XviD-SPARKS |
| S0054-0000005306 | The Divide | R & D Film 1 | The.Divide.2011.LIMITED.DVDRip.XviD-SPARKS |
| S0054-0000005298 | The Divide | R & D Film 1 | The.Divide.2011.LIMITED.DVDRip.XviD-SPARKS |
| S0054-0000005294 | The Divide | R & D Film 1 | The.Divide.2011.LIMITED.DVDRip.XviD-SPARKS |
| S0054-0000005296 | The Divide | R & D Film 1 | The.Divide.2011.LIMITED.DVDRip.XviD-SPARKS |

| Filehash | ISP | Region | District |
|---|---|---|---|
| SHA1: 92B5FB3B296FB6D8E7F35CEA75F443AC6330DC29 | Road Runner | Ohio | Ohio Northern |
| SHA1: 92B5FB3B296FB6D8E7F35CEA75F443AC6330DC29 | Armstrong Cable Servic | Ohio | Ohio Northern |
| SHA1: 92B5FB3B296FB6D8E7F35CEA75F443AC6330DC29 | Road Runner | Ohio | Ohio Northern |
| SHA1: 92B5FB3B296FB6D8E7F35CEA75F443AC6330DC29 | Road Runner | Ohio | Ohio Northern |
| SHA1: 92B5FB3B296FB6D8E7F35CEA75F443AC6330DC29 | AT&T Internet Services | Ohio | Ohio Northern |
| SHA1: 92B5FB3B296FB6D8E7F35CEA75F443AC6330DC29 | Road Runner | Ohio | Ohio Northern |
| SHA1: 92B5FB3B296FB6D8E7F35CEA75F443AC6330DC29 | AT&T Internet Services | Ohio | Ohio Northern |
| SHA1: 92B5FB3B296FB6D8E7F35CEA75F443AC6330DC29 | AT&T Internet Services | Ohio | Ohio Northern |
| SHA1: 92B5FB3B296FB6D8E7F35CEA75F443AC6330DC29 | AT&T Internet Services | Ohio | Ohio Northern |
| SHA1: 92B5FB3B296FB6D8E7F35CEA75F443AC6330DC29 | AT&T Internet Services | Ohio | Ohio Northern |
| SHA1: 92B5FB3B296FB6D8E7F35CEA75F443AC6330DC29 | AT&T Internet Services | Ohio | Ohio Northern |
| SHA1: 92B5FB3B296FB6D8E7F35CEA75F443AC6330DC29 | AT&T Internet Services | Ohio | Ohio Northern |
| SHA1: 92B5FB3B296FB6D8E7F35CEA75F443AC6330DC29 | Road Runner | Ohio | Ohio Northern |
| SHA1: 92B5FB3B296FB6D8E7F35CEA75F443AC6330DC29 | AT&T Internet Services | Ohio | Ohio Northern |
| SHA1: 92B5FB3B296FB6D8E7F35CEA75F443AC6330DC29 | AT&T Internet Services | Ohio | Ohio Northern |
| SHA1: 92B5FB3B296FB6D8E7F35CEA75F443AC6330DC29 | AT&T Internet Services | Ohio | Ohio Northern |
| SHA1: 92B5FB3B296FB6D8E7F35CEA75F443AC6330DC29 | AT&T Internet Services | Ohio | Ohio Northern |
| SHA1: 92B5FB3B296FB6D8E7F35CEA75F443AC6330DC29 | AT&T Internet Services | Ohio | Ohio Northern |
| SHA1: 92B5FB3B296FB6D8E7F35CEA75F443AC6330DC29 | AT&T Internet Services | Ohio | Ohio Northern |
| SHA1: 92B5FB3B296FB6D8E7F35CEA75F443AC6330DC29 | AT&T Internet Services | Ohio | Ohio Northern |
| SHA1: 92B5FB3B296FB6D8E7F35CEA75F443AC6330DC29 | AT&T Internet Services | Ohio | Ohio Northern |
| SHA1: 92B5FB3B296FB6D8E7F35CEA75F443AC6330DC29 | AT&T Internet Services | Ohio | Ohio Northern |
| SHA1: 92B5FB3B296FB6D8E7F35CEA75F443AC6330DC29 | AT&T Internet Services | Ohio | Ohio Northern |
| SHA1: 92B5FB3B296FB6D8E7F35CEA75F443AC6330DC29 | AT&T Internet Services | Ohio | Ohio Northern |
| SHA1: 92B5FB3B296FB6D8E7F35CEA75F443AC6330DC29 | AT&T Internet Services | Ohio | Ohio Northern |
| SHA1: 92B5FB3B296FB6D8E7F35CEA75F443AC6330DC29 | AT&T Internet Services | Ohio | Ohio Northern |
| SHA1: 92B5FB3B296FB6D8E7F35CEA75F443AC6330DC29 | AT&T Internet Services | Ohio | Ohio Northern |
| SHA1: 92B5FB3B296FB6D8E7F35CEA75F443AC6330DC29 | AT&T Internet Services | Ohio | Ohio Northern |
| SHA1: 92B5FB3B296FB6D8E7F35CEA75F443AC6330DC29 | AT&T Internet Services | Ohio | Ohio Northern |
| SHA1: 92B5FB3B296FB6D8E7F35CEA75F443AC6330DC29 | AT&T Internet Services | Ohio | Ohio Northern |
| SHA1: 92B5FB3B296FB6D8E7F35CEA75F443AC6330DC29 | AT&T Internet Services | Ohio | Ohio Northern |
| SHA1: 92B5FB3B296FB6D8E7F35CEA75F443AC6330DC29 | AT&T Internet Services | Ohio | Ohio Northern |
| SHA1: 92B5FB3B296FB6D8E7F35CEA75F443AC6330DC29 | AT&T Internet Services | Ohio | Ohio Northern |
| SHA1: 92B5FB3B296FB6D8E7F35CEA75F443AC6330DC29 | AT&T Internet Services | Ohio | Ohio Northern |
| SHA1: 92B5FB3B296FB6D8E7F35CEA75F443AC6330DC29 | AT&T Internet Services | Ohio | Ohio Northern |
| SHA1: 92B5FB3B296FB6D8E7F35CEA75F443AC6330DC29 | AT&T Internet Services | Ohio | Ohio Northern |
| SHA1: 92B5FB3B296FB6D8E7F35CEA75F443AC6330DC29 | AT&T Internet Services | Ohio | Ohio Northern |
| SHA1: 92B5FB3B296FB6D8E7F35CEA75F443AC6330DC29 | Road Runner | Ohio | Ohio Northern |
| SHA1: 92B5FB3B296FB6D8E7F35CEA75F443AC6330DC29 | AT&T Internet Services | Ohio | Ohio Northern |
| SHA1: 92B5FB3B296FB6D8E7F35CEA75F443AC6330DC29 | Amplex Electric | Ohio | Ohio Northern |
| SHA1: 92B5FB3B296FB6D8E7F35CEA75F443AC6330DC29 | Road Runner | Ohio | Ohio Northern |
| SHA1: 92B5FB3B296FB6D8E7F35CEA75F443AC6330DC29 | AT&T Internet Services | Ohio | Ohio Northern |
| SHA1: 92B5FB3B296FB6D8E7F35CEA75F443AC6330DC29 | AT&T Internet Services | Ohio | Ohio Northern |

| Hash | ISP | State | District |
|---|---|---|---|
| SHA1: 92B5FB3B296FB6D8E7F35CEA75F443AC6330DC29 | AT&T Internet Services | Ohio | Ohio Northern |
| SHA1: 92B5FB3B296FB6D8E7F35CEA75F443AC6330DC29 | Road Runner | Ohio | Ohio Northern |
| SHA1: 92B5FB3B296FB6D8E7F35CEA75F443AC6330DC29 | Frontier Communicator | Ohio | Ohio Northern |
| SHA1: 92B5FB3B296FB6D8E7F35CEA75F443AC6330DC29 | Armstrong Cable Servic | Ohio | Ohio Northern |
| SHA1: 92B5FB3B296FB6D8E7F35CEA75F443AC6330DC29 | AT&T Internet Services | Ohio | Ohio Northern |
| SHA1: 92B5FB3B296FB6D8E7F35CEA75F443AC6330DC29 | Frontier Communicator | Ohio | Ohio Northern |
| SHA1: 92B5FB3B296FB6D8E7F35CEA75F443AC6330DC29 | Road Runner | Ohio | Ohio Northern |
| SHA1: 92B5FB3B296FB6D8E7F35CEA75F443AC6330DC29 | Buckeye Cablevision | Ohio | Ohio Northern |
| SHA1: 92B5FB3B296FB6D8E7F35CEA75F443AC6330DC29 | GLW Broadband | Ohio | Ohio Northern |
| SHA1: 92B5FB3B296FB6D8E7F35CEA75F443AC6330DC29 | Road Runner | Ohio | Ohio Northern |
| SHA1: 92B5FB3B296FB6D8E7F35CEA75F443AC6330DC29 | Road Runner | Ohio | Ohio Northern |
| SHA1: 92B5FB3B296FB6D8E7F35CEA75F443AC6330DC29 | Corn Net | Ohio | Ohio Northern |
| SHA1: 92B5FB3B296FB6D8E7F35CEA75F443AC6330DC29 | AT&T Internet Services | Ohio | Ohio Northern |
| SHA1: 92B5FB3B296FB6D8E7F35CEA75F443AC6330DC29 | Clearwire Corporation | Ohio | Ohio Northern |
| SHA1: 92B5FB3B296FB6D8E7F35CEA75F443AC6330DC29 | Road Runner | Ohio | Ohio Northern |
| SHA1: 92B5FB3B296FB6D8E7F35CEA75F443AC6330DC29 | AT&T Internet Services | Ohio | Ohio Northern |
| SHA1: 92B5FB3B296FB6D8E7F35CEA75F443AC6330DC29 | Armstrong Cable Servic | Ohio | Ohio Northern |
| SHA1: 92B5FB3B296FB6D8E7F35CEA75F443AC6330DC29 | Armstrong Cable Servic | Ohio | Ohio Northern |
| SHA1: 92B5FB3B296FB6D8E7F35CEA75F443AC6330DC29 | Road Runner | Ohio | Ohio Northern |
| SHA1: 92B5FB3B296FB6D8E7F35CEA75F443AC6330DC29 | Comcast Cable | Ohio | Ohio Northern |
| SHA1: 92B5FB3B296FB6D8E7F35CEA75F443AC6330DC29 | WideOpenWest | Ohio | Ohio Northern |
| SHA1: 92B5FB3B296FB6D8E7F35CEA75F443AC6330DC29 | Road Runner | Ohio | Ohio Northern |
| SHA1: 92B5FB3B296FB6D8E7F35CEA75F443AC6330DC29 | AT&T Internet Services | Ohio | Ohio Northern |
| SHA1: 92B5FB3B296FB6D8E7F35CEA75F443AC6330DC29 | Road Runner | Ohio | Ohio Northern |
| SHA1: 92B5FB3B296FB6D8E7F35CEA75F443AC6330DC29 | Road Runner | Ohio | Ohio Northern |
| SHA1: 92B5FB3B296FB6D8E7F35CEA75F443AC6330DC29 | Road Runner | Ohio | Ohio Northern |
| SHA1: 92B5FB3B296FB6D8E7F35CEA75F443AC6330DC29 | Road Runner | Ohio | Ohio Northern |
| SHA1: 92B5FB3B296FB6D8E7F35CEA75F443AC6330DC29 | Road Runner | Ohio | Ohio Northern |
| SHA1: 92B5FB3B296FB6D8E7F35CEA75F443AC6330DC29 | Buckeye Cablevision | Ohio | Ohio Northern |
| SHA1: 92B5FB3B296FB6D8E7F35CEA75F443AC6330DC29 | Frontier Communicator | Ohio | Ohio Northern |
| SHA1: 92B5FB3B296FB6D8E7F35CEA75F443AC6330DC29 | Buckeye Cablevision | Ohio | Ohio Northern |
| SHA1: 92B5FB3B296FB6D8E7F35CEA75F443AC6330DC29 | Road Runner | Ohio | Ohio Northern |
| SHA1: 92B5FB3B296FB6D8E7F35CEA75F443AC6330DC29 | Road Runner | Ohio | Ohio Northern |
| SHA1: 92B5FB3B296FB6D8E7F35CEA75F443AC6330DC29 | Armstrong Cable Servic | Ohio | Ohio Northern |

| SHA1 | | | |
|---|---|---|---|
| SHA1: 92B5FB3B296FB6D8E7F35CEA75F443AC63330DC29 | Clearwire Corporation | Ohio | Ohio Northern |
| SHA1: 92B5FB3B296FB6D8E7F35CEA75F443AC63330DC29 | Road Runner | Ohio | Ohio Northern |
| SHA1: 92B5FB3B296FB6D8E7F35CEA75F443AC63330DC29 | AT&T U-verse | Ohio | Ohio Northern |
| SHA1: 92B5FB3B296FB6D8E7F35CEA75F443AC63330DC29 | Buckeye Cablevision | Ohio | Ohio Northern |
| SHA1: 92B5FB3B296FB6D8E7F35CEA75F443AC63330DC29 | Road Runner | Ohio | Ohio Northern |
| SHA1: 92B5FB3B296FB6D8E7F35CEA75F443AC63330DC29 | AT&T U-verse | Ohio | Ohio Northern |
| SHA1: 92B5FB3B296FB6D8E7F35CEA75F443AC63330DC29 | AT&T U-verse | Ohio | Ohio Northern |
| SHA1: 92B5FB3B296FB6D8E7F35CEA75F443AC63330DC29 | Buckeye Cablevision | Ohio | Ohio Northern |
| SHA1: 92B5FB3B296FB6D8E7F35CEA75F443AC63330DC29 | Road Runner | Ohio | Ohio Northern |
| SHA1: 92B5FB3B296FB6D8E7F35CEA75F443AC63330DC29 | Celito Partnership DBA | Ohio | Ohio Northern |
| SHA1: 92B5FB3B296FB6D8E7F35CEA75F443AC63330DC29 | Buckeye Cablevision | Ohio | Ohio Northern |
| SHA1: 92B5FB3B296FB6D8E7F35CEA75F443AC63330DC29 | Road Runner | Ohio | Ohio Northern |
| SHA1: 92B5FB3B296FB6D8E7F35CEA75F443AC63330DC29 | Road Runner | Ohio | Ohio Northern |
| SHA1: 92B5FB3B296FB6D8E7F35CEA75F443AC63330DC29 | Road Runner | Ohio | Ohio Northern |
| SHA1: 92B5FB3B296FB6D8E7F35CEA75F443AC63330DC29 | Road Runner | Ohio | Ohio Northern |
| SHA1: 92B5FB3B296FB6D8E7F35CEA75F443AC63330DC29 | Road Runner | Ohio | Ohio Northern |
| SHA1: 92B5FB3B296FB6D8E7F35CEA75F443AC63330DC29 | AT&T Internet Services | Ohio | Ohio Northern |
| SHA1: 92B5FB3B296FB6D8E7F35CEA75F443AC63330DC29 | Road Runner | Ohio | Ohio Northern |
| SHA1: 92B5FB3B296FB6D8E7F35CEA75F443AC63330DC29 | Road Runner | Ohio | Ohio Northern |
| SHA1: 92B5FB3B296FB6D8E7F35CEA75F443AC63330DC29 | Comcast Cable | Ohio | Ohio Northern |
| SHA1: 92B5FB3B296FB6D8E7F35CEA75F443AC63330DC29 | Road Runner | Ohio | Ohio Northern |
| SHA1: 92B5FB3B296FB6D8E7F35CEA75F443AC63330DC29 | Road Runner | Ohio | Ohio Northern |
| SHA1: 92B5FB3B296FB6D8E7F35CEA75F443AC63330DC29 | Frontier Communication | Ohio | Ohio Northern |
| SHA1: 92B5FB3B296FB6D8E7F35CEA75F443AC63330DC29 | Amplex Electric | Ohio | Ohio Northern |
| SHA1: 92B5FB3B296FB6D8E7F35CEA75F443AC63330DC29 | Road Runner | Ohio | Ohio Northern |
| SHA1: 92B5FB3B296FB6D8E7F35CEA75F443AC63330DC29 | Road Runner | Ohio | Ohio Northern |
| SHA1: 92B5FB3B296FB6D8E7F35CEA75F443AC63330DC29 | Road Runner | Ohio | Ohio Northern |
| SHA1: 92B5FB3B296FB6D8E7F35CEA75F443AC63330DC29 | Road Runner | Ohio | Ohio Northern |
| SHA1: 92B5FB3B296FB6D8E7F35CEA75F443AC63330DC29 | Road Runner | Ohio | Ohio Northern |
| SHA1: 92B5FB3B296FB6D8E7F35CEA75F443AC63330DC29 | Road Runner | Ohio | Ohio Northern |
| SHA1: 92B5FB3B296FB6D8E7F35CEA75F443AC63330DC29 | Road Runner | Ohio | Ohio Northern |
| SHA1: 92B5FB3B296FB6D8E7F35CEA75F443AC63330DC29 | Road Runner | Ohio | Ohio Northern |
| SHA1: 92B5FB3B296FB6D8E7F35CEA75F443AC63330DC29 | Road Runner | Ohio | Ohio Northern |
| SHA1: 92B5FB3B296FB6D8E7F35CEA75F443AC63330DC29 | Road Runner | Ohio | Ohio Northern |
| SHA1: 92B5FB3B296FB6D8E7F35CEA75F443AC63330DC29 | Road Runner | Ohio | Ohio Northern |
| SHA1: 92B5FB3B296FB6D8E7F35CEA75F443AC63330DC29 | Windstream Communica | Ohio | Ohio Northern |
| SHA1: 92B5FB3B296FB6D8E7F35CEA75F443AC63330DC29 | Road Runner | Ohio | Ohio Northern |
| SHA1: 92B5FB3B296FB6D8E7F35CEA75F443AC63330DC29 | AT&T U-verse | Ohio | Ohio Northern |
| SHA1: 92B5FB3B296FB6D8E7F35CEA75F443AC63330DC29 | Comcast Cable | Ohio | Ohio Northern |
| SHA1: 92B5FB3B296FB6D8E7F35CEA75F443AC63330DC29 | Buckeye Cablevision | Ohio | Ohio Northern |

| SHA1 | ISP | State | Region |
|---|---|---|---|
| SHA1: 92B5FB3B296FB6D8E7F35CEA75F443AC6330DC29 | AT&T U-verse | Ohio | Ohio Northern |
| SHA1: 92B5FB3B296FB6D8E7F35CEA75F443AC6330DC29 | Road Runner | Ohio | Ohio Northern |
| SHA1: 92B5FB3B296FB6D8E7F35CEA75F443AC6330DC29 | Road Runner | Ohio | Ohio Northern |
| SHA1: 92B5FB3B296FB6D8E7F35CEA75F443AC6330DC29 | Road Runner | Ohio | Ohio Northern |
| SHA1: 92B5FB3B296FB6D8E7F35CEA75F443AC6330DC29 | Road Runner | Ohio | Ohio Northern |
| SHA1: 92B5FB3B296FB6D8E7F35CEA75F443AC6330DC29 | Road Runner | Ohio | Ohio Northern |
| SHA1: 92B5FB3B296FB6D8E7F35CEA75F443AC6330DC29 | AT&T Internet Services | Ohio | Ohio Northern |
| SHA1: 92B5FB3B296FB6D8E7F35CEA75F443AC6330DC29 | AT&T Internet Services | Ohio | Ohio Northern |
| SHA1: 92B5FB3B296FB6D8E7F35CEA75F443AC6330DC29 | AT&T Internet Services | Ohio | Ohio Northern |
| SHA1: 92B5FB3B296FB6D8E7F35CEA75F443AC6330DC29 | AT&T Internet Services | Ohio | Ohio Northern |
| SHA1: 92B5FB3B296FB6D8E7F35CEA75F443AC6330DC29 | AT&T Internet Services | Ohio | Ohio Northern |
| SHA1: 92B5FB3B296FB6D8E7F35CEA75F443AC6330DC29 | AT&T Internet Services | Ohio | Ohio Northern |
| SHA1: 92B5FB3B296FB6D8E7F35CEA75F443AC6330DC29 | AT&T Internet Services | Ohio | Ohio Northern |
| SHA1: 92B5FB3B296FB6D8E7F35CEA75F443AC6330DC29 | AT&T Internet Services | Ohio | Ohio Northern |
| SHA1: 92B5FB3B296FB6D8E7F35CEA75F443AC6330DC29 | AT&T Internet Services | Ohio | Ohio Northern |
| SHA1: 92B5FB3B296FB6D8E7F35CEA75F443AC6330DC29 | AT&T Internet Services | Ohio | Ohio Northern |
| SHA1: 92B5FB3B296FB6D8E7F35CEA75F443AC6330DC29 | AT&T Internet Services | Ohio | Ohio Northern |
| SHA1: 92B5FB3B296FB6D8E7F35CEA75F443AC6330DC29 | AT&T Internet Services | Ohio | Ohio Northern |
| SHA1: 92B5FB3B296FB6D8E7F35CEA75F443AC6330DC29 | AT&T Internet Services | Ohio | Ohio Northern |
| SHA1: 92B5FB3B296FB6D8E7F35CEA75F443AC6330DC29 | AT&T Internet Services | Ohio | Ohio Northern |
| SHA1: 92B5FB3B296FB6D8E7F35CEA75F443AC6330DC29 | AT&T Internet Services | Ohio | Ohio Northern |
| SHA1: 92B5FB3B296FB6D8E7F35CEA75F443AC6330DC29 | AT&T Internet Services | Ohio | Ohio Northern |
| SHA1: 92B5FB3B296FB6D8E7F35CEA75F443AC6330DC29 | AT&T Internet Services | Ohio | Ohio Northern |
| SHA1: 92B5FB3B296FB6D8E7F35CEA75F443AC6330DC29 | AT&T Internet Services | Ohio | Ohio Northern |
| SHA1: 92B5FB3B296FB6D8E7F35CEA75F443AC6330DC29 | AT&T Internet Services | Ohio | Ohio Northern |
| SHA1: 92B5FB3B296FB6D8E7F35CEA75F443AC6330DC29 | AT&T Internet Services | Ohio | Ohio Northern |
| SHA1: 92B5FB3B296FB6D8E7F35CEA75F443AC6330DC29 | AT&T Internet Services | Ohio | Ohio Northern |
| SHA1: 92B5FB3B296FB6D8E7F35CEA75F443AC6330DC29 | AT&T Internet Services | Ohio | Ohio Northern |
| SHA1: 92B5FB3B296FB6D8E7F35CEA75F443AC6330DC29 | AT&T Internet Services | Ohio | Ohio Northern |
| SHA1: 92B5FB3B296FB6D8E7F35CEA75F443AC6330DC29 | AT&T Internet Services | Ohio | Ohio Northern |
| SHA1: 92B5FB3B296FB6D8E7F35CEA75F443AC6330DC29 | AT&T Internet Services | Ohio | Ohio Northern |
| SHA1: 92B5FB3B296FB6D8E7F35CEA75F443AC6330DC29 | AT&T Internet Services | Ohio | Ohio Northern |
| SHA1: 92B5FB3B296FB6D8E7F35CEA75F443AC6330DC29 | AT&T Internet Services | Ohio | Ohio Northern |
| SHA1: 92B5FB3B296FB6D8E7F35CEA75F443AC6330DC29 | AT&T Internet Services | Ohio | Ohio Northern |
| SHA1: 92B5FB3B296FB6D8E7F35CEA75F443AC6330DC29 | AT&T Internet Services | Ohio | Ohio Northern |
| SHA1: 92B5FB3B296FB6D8E7F35CEA75F443AC6330DC29 | Armstrong Cable Servic | Ohio | Ohio Northern |
| SHA1: 92B5FB3B296FB6D8E7F35CEA75F443AC6330DC29 | Buckeye Cablevision | Ohio | Ohio Northern |
| SHA1: 92B5FB3B296FB6D8E7F35CEA75F443AC6330DC29 | AT&T Internet Services | Ohio | Ohio Northern |
| SHA1: 92B5FB3B296FB6D8E7F35CEA75F443AC6330DC29 | AT&T Internet Services | Ohio | Ohio Northern |
| SHA1: 92B5FB3B296FB6D8E7F35CEA75F443AC6330DC29 | Cox Communications | Ohio | Ohio Northern |
| SHA1: 92B5FB3B296FB6D8E7F35CEA75F443AC6330DC29 | Road Runner | Ohio | Ohio Northern |
| SHA1: 92B5FB3B296FB6D8E7F35CEA75F443AC6330DC29 | AT&T Internet Services | Ohio | Ohio Northern |
| SHA1: 92B5FB3B296FB6D8E7F35CEA75F443AC6330DC29 | Road Runner | Ohio | Ohio Northern |
| SHA1: 92B5FB3B296FB6D8E7F35CEA75F443AC6330DC29 | AT&T U-verse | Ohio | Ohio Northern |
| SHA1: 92B5FB3B296FB6D8E7F35CEA75F443AC6330DC29 | West Central Ohio Inter | Ohio | Ohio Northern |